IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYON S. FLOURNOY, | ) | 1:07-cv-01033 GSA |
| | ) | |
| | ) | |
| | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the stipulation filed on February 4, 2008, by and between the parties through their respective counsel, the above-captioned matter is DISMISSED with prejudice. Each party shall bear his/her own costs and expenses, including, but not limited to, attorney's fees.

IT IS SO ORDERED.

Dated:   **February 4, 2008**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

1